IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CARREIRO and SHERRIE CARREIRO,<br><br>                             Plaintiffs,<br><br>vs.<br><br>OTTO ENVIRONMENTAL SYSTEMS NORTH AMERICA, INC.,<br><br>                             Defendant. | Civil Action No. 21-11372 |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT OTTO ENVIRONMENTAL SYSTEMS NORTH AMERICA, INC.**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Otto Environmental Systems North America, Inc. ("Otto") hereby files this statement identifying its parent company and any publicly held corporation that owns ten percent of its stock:

      1.    Otto Environmental Systems North America, Inc. is owned 100% by Otto Industries North America, Inc., a Delaware corporation, located at 12700 General Drive, Charlotte, NC 28273.

      2.    Otto Industries North America, Inc. is owned 100% by Callidus Capital Corporation, a privately held Canadian Finance Company, located at 4620-181 Bay Street, PO Box 792, Bay Wellington Tower, Brookfield Place, Toronto, ON M5J 2T3 Canada.

      3.    No publicly held company owns 10% or more of Otto's shares.

[*Signatures on Next Page*]

Respectfully submitted,

Otto Environmental Systems North America, Inc.,
By its attorneys,

Dated: August 20, 2021

*/s/ Matthew G. Lindenbaum*
Matthew G. Lindenbaum (BBO #670007)
matthew.lindenbaum@nelsonmullins.com
Lyndsey A. Stults (BBO #687958)
Lyndsey.stults@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
(t) (617)-217-4700
(f) (617) 217-4710

## CERTIFICATE OF SERVICE

I, Matthew G. Lindenbaum, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: August 20, 2021                               */s/ Matthew G. Lindenbaum*